**Richard D. GREENLEE, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 97222.

Missouri Court of Appeals,
Eastern District,
Division Four.

Aug. 14, 2012.

Motion For Rehearing And/Or Transfer to Supreme Court Denied Nov. 20, 2012.

Jessica M. Hathaway, St. Louis, MO, for appellant.

Chris Koster, Timothy A. Blackwell, Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., PATRICIA L. COHEN, J., KURT S. ODENWALD, J.

***ORDER***

PER CURIAM.

Richard D. Greenlee appeals the motion court's denial of his Rule 29.15 motion for postconviction relief. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for this order. The motion court's findings of fact and conclusions of law are not clearly erroneous. We affirm. Rule 84.16(b)(2) & (5).